Honorable Paul B. Snyder
Chapter 7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>Luis Anthony Ewing<br><br>                  Debtor. | Case No. 13-47136 |
| United States Trustee,<br><br>                  Plaintiff,<br><br>   v.<br><br>Luis Anthony Ewing<br><br>                  Defendant. | Adversary No.<br><br>COMPLAINT TO DENY DEBTOR'S DISCHARGE |

The United States Trustee, for claims against defendant Luis Anthony Ewing (the "Defendant"), asserts and alleges as follows:

**PARTIES**

1. The plaintiff is the United States Trustee for Region 18, which includes the Western District of Washington. The United States Trustee has standing to bring this action under 11 U.S.C. §§ 307 and 727(c)(1).

2. The Defendant is the debtor in the above-captioned chapter 7 bankruptcy case.

**JURISDICTION AND VENUE**

3. This is an adversary proceeding to deny the Defendant's discharge, brought pursuant to 11 U.S.C. § 727(a)(3) and Rule 7001 of the Federal Rules of Bankruptcy Procedure.

COMPLAINT TO DENY DISCHARGE - 1

Office of the United States Trustee
700 Stewart Street
Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 14-04078-PBS    Doc 1    Filed 03/13/14    Ent. 03/13/14 16:31:50    Pg. 1 of 3

4. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(J).

5. Venue is proper pursuant to 28 U.S.C. § 1409(a).

## FACTUAL ALLEGATIONS

6. On November 18, 2013 (the "Petition Date"), the Defendant filed a voluntary chapter 7 case in the Western District of Washington, case no. 13-47136 (the "Chapter 7 Case").

7. The Defendant earns income from providing certain legal services to individuals who are unrepresented by an attorney (the "Legal Services").

8. The Legal Services include, among other things, legal research and analysis, brief and motion drafting, providing recommendations on legal actions or alternatives, and coaching for oral arguments.

9. The Defendant has been earning income from the Legal Services for at least 10 years.

10. The Defendant advertises the Legal Services on several websites, and has at times held seminars related to the Legal Services.

11. The Defendant insists on being paid for the Legal Services in cash.

12. The Defendant advertises certain items for sale on the internet, including "criminal notebooks" for $515 each, a 4-hour video for $125, and various other videos for lesser amounts (the "Legal Products"). The Defendant requires purchasers of the Legal Products to send him cash wrapped in foil or colored paper.

13. The Defendant solicits donations on the internet (the "Donations").

14. The Defendant does not have a checking or savings account at any financial institution, and did not have any such account during 2011, 2012, and 2013.

15. The Defendant does not have any books, records, receipts or other documents evidencing his business transactions and his receipt of income for 2011, 2012 and 2013.

16. The Defendant does not have any books, records, receipts or other documents evidencing what Legal Services he provided in 2011, 2012, and 2013.

COMPLAINT TO DENY DISCHARGE - 2

Office of the United States Trustee
700 Stewart Street
Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 14-04078-PBS    Doc 1    Filed 03/13/14    Ent. 03/13/14 16:31:50    Pg. 2 of 3

17. The Defendant does not have any books, records, receipts or other documents evidencing what Legal Products he sold in 2011, 2012, and 2013.

18. The Defendant does not have any books, records, receipts or other documents evidencing what Donations he received in 2011, 2012, and 2013.

19. The Defendant intentionally destroys all documents relating to his business transactions, his providing the Legal Services, his sale of the Legal Products, his receipt of Donations, and his receipt of all income for 2011, 2012 and 2013.

20. The Defendant has not filed a federal tax return in at least ten years.

## CLAIM FOR RELIEF

11 U.S.C. § 727(a)(3)

(Inadequate Records)

21. Paragraphs 6 through 20 are hereby incorporated.

22. The Defendant has destroyed, or failed to keep or preserve, documents, records and papers from which the Defendant's business transactions and financial condition might be ascertained.

23. The Defendant's acts or failures to act were not justified under all the circumstances of the case.

WHEREFORE, the United States Trustee prays for relief as follows:

A. That the Court enter a judgment denying the discharge of the Defendant pursuant to 11 U.S.C. § 727(a)(3); and

B. For such other and further relief as the Court deems just and equitable.

DATED this 13th day of March 2014.

Respectfully submitted,

Gail Brehm Geiger
Acting U.S. Trustee for Region 18

By:   /s/ Martin L. Smith
      Martin L. Smith, WSBA #24861
      Attorney for United States Trustee

COMPLAINT TO DENY DISCHARGE - 3

Office of the United States Trustee
700 Stewart Street
Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 14-04078-PBS    Doc 1    Filed 03/13/14    Ent. 03/13/14 16:31:50    Pg. 3 of 3