Entered on Docket April 23, 2014

**Below is the Judgment of the Court.**



_Paul B. Snyder_

**Paul B. Snyder**
**U.S. Bankruptcy Court Judge**
(Dated as of Entered on Docket date above)

___

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>Luis Anthony Ewing,<br><br>              Debtor,<br>_____<br><br>United States Trustee,<br><br>              Plaintiff,<br><br>    v.<br><br>Luis Anthony Ewing,<br><br>              Defendant. | Case No. 13-47136<br><br><br><br>Adversary No. 14-04078<br><br>DEFAULT JUDGMENT DENYING DEFENDANT'S DISCHARGE |

      This matter came before the Court upon plaintiff United States Trustee's *Ex Parte* Motion for Entry of Default and Default Judgment (the "Motion"). This Court has reviewed and considered the Motion, any and all evidence submitted in support of the Motion, and the records and files herein. The Court having (1) found defendant Luis Anthony Ewing (the "Defendant") to be in default, (2) granted the Motion, and (3) entered its Order of Default,

DEFAULT JUDGMENT- 1

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

**Below is the Judgment of the Court.**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

A.    Plaintiff United States Trustee is granted judgment by default against the Defendant; and

B.    The Defendant's discharge in the above-captioned chapter 7 case is hereby denied pursuant to 11 U.S.C. §§ 727(a)(3).

/// END OF ORDER ///

Presented by:

Gail Brehm Geiger
Acting United States Trustee


___/s/ Martin L. Smith_____
Martin L. Smith, WSBA #24861
Attorney for the United States Trustee

DEFAULT JUDGMENT- 2

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)